Willie McCURRY, Movant,

v.

STATE of Missouri, Respondent.

No. 55197.

Missouri Court of Appeals,
Eastern District,
Division One.

March 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 18, 1989.

Application to Transfer Denied
June 13, 1989.

Henry B. Robertson, Asst. Public Defender, St. Louis, for movant.

1. Movant has failed to supply this court with a transcript of the trial.

1. Rule 27.26 was repealed, effective January 1, 1988. However, this appeal is governed by Rule

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Willie McCurry, Jr., appeals from the denial of post-conviction relief after an evidentiary hearing in this Rule 27.26[1] proceeding. Movant was convicted by a jury of two counts of assault with intent to kill with malice aforethought and one count of possession of heroin. He was sentenced to consecutive terms of imprisonment of thirty years for each count of assault and a concurrent term of ten years for heroin possession. These convictions were affirmed on direct appeal. *State v. McCurry,* 587 S.W.2d 337 (Mo.App.1979).

We have reviewed the record and find the judgment of the trial court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value. The judgment is affirmed. Rule 84.-16(b).

27.26 because the sentence was pronounced prior to January 1, 1988, and movant's Rule 27.26 motion was then pending. *See* Rule 29.15(m), effective January 1, 1988.